Same case below, 583 F.3d 785.

**No. 09-1467. World Trade Center Families for Proper Burial, Inc., et al., Petitioners v. City of New York, New York, et al.**

562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 5773.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 359 Fed. Appx. 177.

**No. 09-1468. Joseph A. O'Toole, Petitioner v. Northrop Grumman Corporation.**

562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 5799.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 364 Fed. Appx. 472.

**No. 09-1469. Francisco Sanchez, Petitioner v. Clarence Dupnik, Sheriff, Pima County, Arizona, et al.**

562 U.S. 835, 131 S. Ct. 150, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 5878.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 679.

**No. 09-1471. Scott B. Maybee, dba SmartSmoker.com, dba Buycheap-**

**Cigarettes.com, dba OrderSmokes-direct.com, Petitioner v. Idaho, By and Through Lawrence G. Wasden, Attorney General.**

562 U.S. 835, 131 S. Ct. 150, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 6004.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 148 Idaho 520, 224 P.3d 1109.

**No. 09-1472. Lone Star Bakery, Inc., Petitioner v. United States.**

562 U.S. 835, 131 S. Ct. 150, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 5951.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 119.

**No. 09-1473. John Deeds, Petitioner v. Mississippi.**

562 U.S. 836, 131 S. Ct. 150, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 5807.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 27 So. 3d 1135.

**No. 09-1474. James Dickey, Petitioner v. Inspectional Service Department of the City of Boston.**

562 U.S. 836, 131 S. Ct. 150, 178 L. Ed. 2d 37, 2010 U.S. LEXIS 6045.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.